

05-CR-05786-ORD

# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES LEWIS MATCHETT,<br><br>　　　　　　Defendant. | Case No. CR05-5786FDB<br><br>INITIAL ORDER RE:<br>ALLEGATIONS OF<br>VIOLATION OF<br>CONDITIONS OF<br>SUPERVISION |

THIS MATTER comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, DAVID JENNINGS;

The defendant appears personally and represented by counsel, RUSSELL LEONARD;

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s).

The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge FRANKLIN D. BURGESS

　　　　_Date of hearing:_　　　　_April 12, 2006_

　　　　_Time of hearing:_　　　　9:00a.m.

IT IS ORDERED that the defendant be detained pending a <u>detention hearing</u> scheduled for;

　　　　Date of hearing:　　　　March 28, 2006
　　　　Time of hearing　　　　2:30 p.m.

(
The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

　　　　　　　　　　　　　　　　　　March 23, 2006.


　　　　　　　　　　　　　　　　　　_/s/ J. Kelley Arnold_
　　　　　　　　　　　　　　　　　　J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1