1

2

3          **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

4

5
**UNITED STATES OF AMERICA,**
6
                          **Plaintiff,**                    **Case No.  CR05-5786 FDB**
7
                                                            **ORDER DETAINING**
            **v.**                                          **DEFENDANT PENDING**
8                                                           **EVIDENTIARY**
**JAMES LEWIS MATCHETT,**                                   **HEARING**
9
                          **Defendant.**
10

11

12          **THIS MATTER comes on for a detention hearing pending the evidentiary hearing scheduled
for April 12, 2006.**

13          **The plaintiff appears through Assistant United States Attorney, DAVID JENNINGS;**

14          **The defendant appears personally and represented by counsel, MIRIAM SCHWARTZ**

15          **The defendant advising the court through counsel that he has no objection to the government's
16   request that he be detained pending the April 12, 2006 detention hearing, and the court finding
probable cause with regard to the allegation(s) now therefore,**

17

18          **IT IS ORDERED that the defendant be detained for failing to show that he/she will not flee or
19   pose a danger to any other person  or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be
delivered as ordered by the court for further proceedings.**

20          **The clerks shall direct copies of this order to counsel for the United States, to counsel for the
21   defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services
Office.**

22                                      **March 28, 2006.**

23

24                                       **_/s/ J. Kelley Arnold _____**
                                         **J. Kelley Arnold, U.S. Magistrate Judge**
25

26

27

28

ORDER
Page - 1